AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

United States of America
v.
JOHN STEVEN CORVEY, and
REYNOLD SIMEOUS, a/k/a "Bossman,"

*Defendant(s)*

Case No. 17-8163-DLB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 3, 2017 in the county of Palm Beach in the Southern District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21, USC §§ 963 and 960 | Conspiracy to import over 5 kilograms of cocaine. |
| Title 21, USC §§ 846 and 841 | Conspiracy to PWID over 5 kilograms of cocaine. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Tim A. Stommel, DEA S/A
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5-4-2017

[signature]
*Judge's signature*

City and state: West Palm Beach, Florida

Dave Lee Brannon, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Tim A. Stommel, Special Agent with the Drug Enforcement Administration, having been duly sworn, state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. This Affidavit is being submitted in support of a criminal complaint against John Steven CORVEY and Reynold SIMEOUS.

1. I respectfully submit that there is probable cause to believe that, on or about May 3, 2017, in Palm Beach County, Florida, and elsewhere, CORVEY and SIMEOUS conspired to import into the United States from a place outside thereof 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 963 and 960(b)(1)(B)(ii), and conspired to possess with intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii).

2. Your Affiant is employed as a Special Agent of the United States Department of Justice, Drug Enforcement Administration ("DEA"), Miami Field Division, Homestead Resident Office ("RO"), and has been so employed since March 1997. I have received numerous hours of formal classroom training in the investigation of narcotics and dangerous drugs from the Drug Enforcement Administration Academy in Quantico, Virginia, and from other specialized training courses. As a result, I am experienced in the means and methods used by persons and drug trafficking organizations to communicate, purchase, transport, store, and distribute drugs, as well as the means and methods used to hide profits generated from those transactions. I have received training and have experience in the investigation of violations of the federal drug laws, including

the offense listed above.

3. The information set forth in this Affidavit comes from my personal involvement in this investigation, as well as from information provided to me by other law enforcement officers. I have not included in this Affidavit each and every fact known to me about the matters set forth herein, but only those that I believe are sufficient to establish probable cause.

**PROBABLE CAUSE**

4. On or about May 3, 2017, a 30 foot white center counsel vessel with three Mercury outboard engines and a single white male captain was being watched by aerial and marine surveillance approaching the South Florida coastline. Law enforcement observed one subject on the vessel and he was later identified as John Steven CORVEY. Law enforcement stopped the vessel within 12 miles of the coastline and a subsequent search of the vessel resulted in the seizure of over 10 (ten) kilograms of cocaine and a handgun. CORVEY was taken into custody. CORVEY was transported to the Lake Worth Coast Guard Station where he waived his Miranda rights and agreed to speak with investigators. CORVEY admitted to knowingly transporting over 5 kilograms of cocaine from the Bahamas into the West Palm Beach, Florida area.

5. Later on the same day, investigators recorded several telephone conversations between CORVEY and the source of supply for the cocaine in Freeport who was identified as “G”. Investigators also recorded telephone conversations between CORVEY and two individuals who were later identified as Reynold SIMEOUS, aka “BOSSMAN” and Domano DANIEL. Information from the recorded conversations revealed that “G” was communicating with SIMEOUS to arrange for the delivery of the cocaine in South Florida. It was also learned that SIMEOUS was going to take possession of the cocaine from CORVEY and in return, SIMEOUS was going to deliver $41,250.00 in U.S. currency to CORVEY as a commission and payment for

transportation expenses. SIMEOUS was to be driven to the meeting with CORVEY by DANIEL.

6. On the evening of May 3, 2017, law enforcement established surveillance in the parking lot of the Home Depot located at 1550 Palm Beach Lakes Blvd., West Palm Beach, Florida. Investigators observed a blue truck being driven by CORVEY enter the Home Depot parking lot. A few minutes later investigators observed a blue midsize sedan occupied by SIMEOUS and DANIEL also pull into the parking lot near CORVEY's vehicle. Investigators observed CORVEY exit his vehicle carrying a large black duffle bag and place the duffle bag in the rear seat of SIMEOUS' vehicle. Investigators then observed SIMEOUS hand CORVEY a white plastic bag from the front passengers side of the vehicle. Law enforcement then arrested CORVEY, SIMEOUS and DANIEL. DANIEL, a Haitian national, was subsequently released to the custody of immigration officials as it was determined he had overstayed his visa. A subsequent search of the white plastic bag revealed a large sum of U.S. currency. A field test conducted on at least one of the kilogram packages confirmed the presence of cocaine. The quantity of cocaine recovered is consistent with distribution and not for personal use.

## CONCLUSION

Based on the foregoing facts and circumstances, your Affiant respectfully submits that there is probable cause to believe that, on or about May 3, 2017, in West Palm Beach County, CORVEY and SIMEOUS conspired to import into the United States from a place outside thereof 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 963 and 960(b)(1)(B)(ii), and conspired to possess with intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 846 and

841(b)(1)(A)(ii).

FURTHER YOU AFFIANT SAYETH NAUGHT

Tim A. Stommel, SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION

Subscribed and sworn to before me this 4th day of May, 2017.

DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** **JOHN STEVEN CORVEY**

**Case No:** ____________

Count: 1

21 U.S.C. §§ 963 and 960
Conspiracy to import over 5 kilograms of cocaine

* **Max. Penalty**: 10 Years to Life Imprisonment; 5 Years to Life Supervised Release; $10 million Fine

Count: 2

21 U.S.C. §§ 846 and 841
Conspiracy to PWID over 5 kilograms of cocaine

* **Max. Penalty**: 10 Years to Life Imprisonment; 5 Years to Life Supervised Release; $10 million Fine

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: **REYNOLD SIMEOUS, a/k/a "Bossman,"**

**Case No**: ____________

Count: 1

21 U.S.C. §§ 963 and 960

Conspiracy to import over 5 kilograms of cocaine

* **Max. Penalty**: 10 Years to Life Imprisonment; 5 Years to Life Supervised Release; $10 million Fine

Count: 2

21 U.S.C. §§ 846 and 841

Conspiracy to PWID over 5 kilograms of cocaine

* **Max. Penalty**: 10 Years to Life Imprisonment; 5 Years to Life Supervised Release; $10 million Fine

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CASE NUMBER:** 17-8163-DLB

**BOND RECOMMENDATION**

DEFENDANT: JOHN STEVEN CORVEY

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: [signature]
AUSA: AURORA FAGAN

Last Known Address: ______________________

______________________

______________________

What Facility: ______________________

______________________

Agent(s): Tim A. Stommel, DEA S/A
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CASE NUMBER:** 17-8163-DLB

**BOND RECOMMENDATION**

DEFENDANT: REYNOLD SIMEOUS, a/k/a "Bossman,"

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: [signature]
AUSA: AURORA FAGAN

Last Known Address: ______________________________

______________________________

______________________________

What Facility: ______________________________

______________________________

Agent(s): Tim A. Stommel, DEA S/A
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 17-8163-DLB**

**UNITED STATES OF AMERICA**

**vs.**

**JOHN STEVEN CORVEY, and**
**REYNOLD SIMEOUS,**
**a/k/a "Bossman,"**

**Defendants.**
_______________________________________/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? ________ Yes ___X___ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _______ Yes ___X___ No

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

BY: ______________________________

AURORA FAGAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0188591
500 S. Australian Ave, Ste. 400
West Palm Beach, Florida 33401
TEL (561) 820-8711
FAX (561) 820-8777
Aurora.Fagan@usdoj.gov